UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL** **'O'** **JS-6**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-11580-CAS-MBKX | Date | October 26, 2026 |
| Title | Gloria Rivas v. Sky Boles | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER |

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** – ORDER TO REMAND

On September 6, 2026, plaintiff Gloria Rivas ("plaintiff") filed this unlawful detainer action against defendant Sky Boles ("defendant") in Los Angeles County Superior Court. Dkt. 1 at 5. Defendant, pro se, removed the case to this Court on September 29, 2026. Id. at 1. Defendant concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Defendant asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 2 (citing 42 U.S.C. §§ 1981, 3601, 12101; 28 U.S.C. §§ 1331, 1443).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law."). A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail. McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

Here, the only claim asserted by plaintiff is for unlawful detainer against defendant. See dkt. 1 at 5-10. Defendant asserts that his grounds for removal are based on plaintiff's violation of defendants' civil rights as protected by federal law. Dkt. 1 at 1-3. However, a defendant cannot create federal subject matter jurisdiction by adding claims or asserting defenses. McAtee, 479 F.3d at 1145. On October 9, 2026, the Court ordered defendant to show cause, in writing, no later than October 23, 2026, why this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL ‘O’ JS-6**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-11580-CAS-MBKX | Date | October 26, 2026 |
| Title | Gloria Rivas v. Sky Boles | | |

case should not be remanded to Los Angeles County Superior Court. Dkt. 10. Defendant failed to respond to the order to show cause.

Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

00 : 00

Initials of Preparer CMJ